UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN EARL EASLEY,

        Plaintiff,

CASE NO. 1:11-CV-299

v.

HON. ROBERT J. JONKER

RICH DIETRICH, *et al.*,

        Defendants.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 52). The Report and Recommendation was duly served on the parties on February 14, 2012. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 13, 2012, is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss and for Summary Judgment (docket ## 24, 31, and 35) be **GRANTED**.

                                              /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE

Dated: March 13, 2012